UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Carl Edward Stewart,**

    **Plaintiff,**

    v.                                    Case No. 2:14–cv–377

**Commissioner of Social Security,**       Judge Michael H. Watson

    **Defendant.**

## ORDER

On March 11, 2015, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Carl Stewart's ("Plaintiff") Complaint in this Social Security case. The R&R recommended overruling Plaintiff's statement of errors and entering judgment for Defendant. R&R, ECF No. 26.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id.* at 14. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's statement of errors is overruled, and the Commissioner's decision is affirmed. The Clerk shall enter final judgment in this case for Defendant and terminate the case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**